IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CV-00071-M

| | |
|---|---|
| AMERICAN UNITED LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>NIKEYA SERICA COLE and MARIA R. JONES as Guardian of The Estates of B.L.F., S.R.F., and S.B.F, minor children,<br><br>    Defendants. | ORDER |

    This matter comes before the court on Plaintiff's motion for approval of settlement [DE 31]. Pursuant to Local Civil Rule 17.1(b), "[n]o civil action to which a minor or incompetent person is a party shall be compromised, settled, discontinued, or dismissed without an Order of Approval entered by the court." Further, in the case of a minor, "[t]he Order of Approval shall bear the written consent of . . . at least one of the natural parents or persons standing *in loco parentis*." *Id.*

    Here, the Order of Approval does not bear the written consent of Shannon Ruffin, *see* DE 31-2 at 3, the parent to "all three minors," DE 31 at 4. The motion further notes that Ms. Ruffin and her attorney "ha[ve] not had the opportunity to discuss" the settlement. *Id.*

    Accordingly, the motion is DENIED without prejudice.

The court, nonetheless, finds good cause to extend the time for the parties, Fed. R. Civ. P. 6(b)(1)(A), and ORDERS the parties to file a motion pursuant to Local Rule 17.1 on or before September 25, 2023.

SO ORDERED this 18th day of September, 2023.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE